JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES

| | |
|---|---|
| MICHAEL LOMELI, an individual,<br><br>              Plaintiff,<br><br>      v.<br><br>WELLS FARGO BANK, N.A., a national association;  and DOES 1 through 25,<br><br>              Defendants. | CASE NO. 2:15-CV-08462 R (JCx)<br>Ctrm:  8<br><br>**ORDER RE VOLUNTARY DISMISSAL PURSUANT TO STIPULATION [F.R.C.P. 41(a)(1)(A)(ii)]** |

Having been stipulated and agreed upon by and between the parties and their respective counsel, the above-referenced lawsuit against Defendant, Wells Fargo Bank, N.A., is voluntarily dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS SO ORDERED.

Dated:  April 20, 2016

_____
THE HONORABLE MANUEL L. REAL
Judge of the United States District Court

[PROPOSED] ORDER RE VOLUNTARY DISMISSAL PURSUANT TO STIPULATION [F.R.C.P. 41(a)(1)(A)(ii)]